# LOUGHRY and LINDSAY, L.L.C.
330 Market Street
Camden, New Jersey 08102

Phone: (856) 968-9201
Fax: (856) 968-9204

LAWRENCE W. LINDSAY*

*Of Counsel:*
JONATHAN D. BENNETT*

*Member of the NJ and PA Bar*

JUSTIN T. LOUGHRY*°

110 Marter Avenue, Suite 209
Moorestown, New Jersey 08057

Phone: (856) 968-9201
Fax: (856) 968-9204

*Member of the NJ and PA Bar*
*Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney°*

December 17, 2007

Via Hand Delivery
Honorable Joel Schneider
Mitchell H. Cohen Courthouse – Room 2060
One John F. Gerry Plaza
Camden, NJ 08101

**RECEIVED**
**DEC 18 2007**
JOEL SCHNEIDER
U.S. Magistrate Judge

**RE: Bayside State Prison Litigation**
**Civil Action No. 97-5127**

Your Honor:

As per the Court's Order of December 11, 2007, plaintiffs now identify the first six (6) cases which will be ready to be heard the week of January 28, 2008. The first six are as follows:

1. Jose Ortiz
2. Michael Swift
3. William Faccone
4. Wayne Zuraski
5. Benjamin Pullin
6. Michael Hinderson

Respectfully,

LOUGHRY & LINDSAY, LLC

Justin T. Loughry

LWL/plg
cc: Honorable Robert Kugler
    Special Master John Bissell
    Mark Roselli, Esquire
    Diane Moratti, Esquire
    All co-counsel