UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

WAYNE ZURASKI

           Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

           Defendant(s)

**JUDGMENT**

Civil #07-06014  (RBK)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on October 22, 2010, and no timely objection having been filed,

IT IS, on this 31st day of March 2011

ORDERED that the report of Hon. John W. Bissell dated October 22, 2010 is hereby affirmed and Judgment be entered in favor of **plaintiff Wayne Zuraski** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $3,000.00 together with costs of suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

HON. ROBERT B. KUGLER, U.S.D.J.